# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TRUMAN COIN GROSS,**                                                 **PLAINTIFF**
**ADC #135755**

**v.**                     **Case No. 5:19-cv-175-KGB-JTK**

**ASA HUTCHINSON,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). Plaintiff Truman Coin Gross filed an objection to the Proposed Findings and Recommendations (Dkt. No. 7). After a review of the Proposed Findings and Recommendations and Mr. Gross' objection, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 4). Mr. Gross' claims are dismissed without prejudice.

On May 23, 2019, Judge Kearney directed Mr. Gross to either submit the $400 filing fee or to file an *in forma pauperis* motion, together within an amended complaint, within 30 days. In response, Mr. Gross filed a document, which was docketed as a "notice" (Dkt. No. 3). In the document, Mr. Gross certified that his claim is not a 42 U.S.C. § 1983 civil action complaint (*Id.*, at 1). He stated that his claim is a notification pursuant to 18 U.S.C. § 2382, the misprision of treason statute, and a request to talk to the Department of Homeland Security (*Id.*).

Judge Kearney recommends that Mr. Gross' complaint be dismissed without prejudice for Mr. Gross' failure to respond to Judge Kearney's order to submit the $400 filing fee or to file an *in forma pauperis* motion. Although Mr. Gross claims that his claim is a notification pursuant to the misprision of treason statute (Dkt. No. 7, at 2), this Court agrees with Judge Kearney that Mr. Gross failed to respond to Judge Kearney's order. Therefore, the Court adopts the Proposed

Findings and Recommendations as its findings in all respects (Dkt. No. 4). Mr. Gross' complaint is dismissed without prejudice.

It is so ordered this 28th day of May, 2021.

_____
Kristine G. Baker
United States District Judge