IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TRUMAN COIN GROSS,**                                                                       **PLAINTIFF**
**ADC #135755**

**v.**                   **Case No. 5:19-cv-175-KGB-JTK**

**ASA HUTCHINSON,** *et al.*                                                  **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Truman Coin Gross' complaint is dismissed without prejudice (Dkt. No. 1).

It is so adjudged this 28th day of May, 2021.

                                                                           _____
                                                                           Kristine G. Baker
                                                                           United States District Judge